# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>Information associated with all Google accounts that, during the time period described below, were accessed from a mobile device located in the geographic regions, more fully described in Attachment A. | Case No. 21-822M(NJ) |

**CLERK'S OFFICE
A TRUE COPY
Mar 11, 2021
s/ Shanene Frederick
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin**

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before   March 25, 2021   *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Honorable Nancy Joseph  .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   March 11, 2021 @ 1:35 p.m.         *Nancy Joseph* (signature)
                                                                                           *Judge's signature*

City and state:   Milwaukee, WI                                       Hon. Nancy Joseph, U.S. Magistrate Judge
                                                                                           *Printed name and title*

| **Return** | | |
|---|---|---|
| Case No.:<br>21-822M(NJ) | Date and time warrant executed:<br>03/11/2021 2:40PM | Copy of warrant and inventory left with:<br>Google Legal Investigations Unit |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

Device IDs for time period and location specified in warrant

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 03/23/2021

BRADLEY KURTZWEIL
Digitally signed by BRADLEY KURTZWEIL
Date: 2021.03.23 12:44:30 -05'00'

*Executing officer's signature*

Bradley Kurtzweil, Special Agent

*Printed name and title*

# ATTACHMENT A

## Property To Be Searched

This warrant is directed to Google LLC and applies to:

(1) Location History data, sourced from information including GPS data and information about visible wi-fi points and Bluetooth beacons transmitted from devices to Google LLC, reflecting devices that Google LLC calculated were or could have been (as indicated by margin of error, *i.e.*, "maps display radius") located within the geographical region bounded by the latitudinal and longitudinal coordinates, dates, and times below ("Initial Search Parameters"); and

(2) Identifying information for Google LLC Accounts associated with the responsive Location History data.

## Initial Search Parameters

- Date: February 23, 2021
- Time Period: 12:25AM to 12:35AM (CST)
- Target Location: Geographical area identified as:
  (1) 43° 5'24.51"N, 88° 0'30.44"W;

  (2) 43° 5'29.01"N, 88° 0'30.48"W;

  (3) 43° 5'29.74"N, 88° 0'27.88"W;

  (4) 43° 5'24.52"N, 88° 0'27.74"W

  Also approximately depicted using the following image:



Google LLC is further ordered to disclose the above information to the Government within 10 days of the issuance of this warrant.

2

# ATTACHMENT B

## Particular Items to Be Seized

I. **Information to be disclosed by Google LLC**

The information described in Attachment A, via the following process:

1. Google LLC shall query location history data based on the Initial Search Parameters specified in Attachment A. For each location point recorded within the Initial Search Parameters, and for each location point recorded outside the Initial Search Parameters where the margin of error (*i.e.*, "maps display radius") would permit the device to be located within the Initial Search Parameters, Google LLC shall produce to the government information specifying the corresponding unique device ID, timestamp, location coordinates, display radius, and data source, if available (the "Device List").

2. The government shall review the Device List and identify to Google LLC the devices about which it seeks to obtain Google LLC account identifier and basic subscriber information. The government may, at its discretion, identify a subset of the devices.

3. Google LLC shall disclose to the government identifying information, as defined in 18 U.S.C. § 2703(c)(2), for the Google LLC Accounts associated with each device ID appearing on the Device List about which the government inquires.

II. **Information to Be Seized**

All information described above in Section I that constitutes evidence of violations of 18 U.S.C. § 844(i) (arson), involving unknown persons.